IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY WHITE,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-664-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor respondent dismissing petitioner Anthony White's petition for a writ of habeas corpus.

_____  _____
Peter Oppeneer, Clerk of Court     Date

(signed) Peter Oppeneer     1/4/10